| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT AND ASSOCIATES** |
| 3 | A PROFESSIONAL LAW CORP. |
| 4 | 1055 Lincoln Avenue<br>San Jose, California 95125-6011<br>Telephone: (408) 295-7755 |
| 5 | Facsimile: (408) 295-7444 |
| 6 | /as |
| 7 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNA GONZALES | ) | Case No. 4:17-cv-06855 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | ) | AS MODIFIED |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until July 5, 2018, in which to e-file his Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before August ~~4~~ 6, 2018. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

///

1

STIPULATION AND ORDER

| | | |
|---|---|---|
| Dated: May 25, 2018 | | */s/HARVEY P. SACKETT* |
| | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| | | JOANNA GONZALES |

Dated: May 25, 2018        /s/DANIEL P. TALBERT
                           DANIEL P. TALBERT
                           Special Assistant U.S. Attorney
                           Social Security Administration

IT IS ORDERED.

Dated: 5/29/18             *Kandis Westmore*
                           HON. KANDIS A. WESTMORE
                           United States Magistrate Judge

2

STIPULATION AND ORDER