| | |
|---|---|
| 1 | HARVEY P. SACKETT (72488) |
| 2 | **SACKETT AND ASSOCIATES** |
| 3 | A PROFESSIONAL LAW CORP. |
| 4 | 1055 Lincoln Avenue<br>San Jose, California 95125-6011 |
| 5 | Telephone: (408) 295-7755<br>Facsimile: (408) 295-7444 |
| 6 | /as |
| 7 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNA GONZALES<br>XXX-XX-5607 | ) | Case No. 4:17-cv-06855 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER |
| v. | ) | AS MODIFIFED |
| | ) | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | ) | |
| | ) | |
| Defendant | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until August ~~4~~ 3, 2018, in which to e-file his Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before September ~~3~~ 4, 2018. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

1

STIPULATION AND ORDER

1    Dated: July 3, 2018            */s/HARVEY P. SACKETT*
2                                        HARVEY P. SACKETT
                                       Attorney for Plaintiff
3                                        JOANNA GONZALES

5    Dated: July 3, 2018            /s/DANIEL P. TALBERT
                                       DANIEL P. TALBERT
6                                        Special Assistant U.S. Attorney
7                                        Social Security Administration

This is the second extension in this case. No further extensions will be granted for plaintiff.

IT IS ORDERED.

Dated: 7/5/18

HON. KANDIS A. WESTMORE
United States Magistrate Judge

---

2

STIPULATION AND ORDER