HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
San Jose, California 95125-6011
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNA GONZALES, | ) | Case No. 4:17-cv-06855 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

Plaintiff shall have a ten (10) day extension of time until August 13, 2018, in which to e-file

her Motion for Summary Judgment.  Defendant shall file any opposition, including cross-

motion, on or before September 12, 2018.  This extension is necessitated due to Plaintiff's

counsel's unexpected need to be away appearing at a hearing through this entire week.

Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.

Defendant has no objection and has stipulated to the requested relief.

Dated:   August 1, 2018          */s/HARVEY P. SACKETT*
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff
                                  JOANNA GONZALES

1

STIPULATION AND ORDER

1   Dated:   August 1, 2018          /s/DANIEL P. TALBERT
2                                    DANIEL P. TALBERT
                                     Special Assistant U.S. Attorney
3                                    Social Security Administration

4   IT IS ORDERED.

5

6   Dated:   8/9/18                 _Kandis Westmore_____
                                     KANDIS A. WESTMORE
7                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER